**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ANETT MEDINA CARRILLO,

Petitioner,

v.

MARKWAYNE MULLIN, et al.,

Respondents.

Case No. 5:26-CV-03505-CTS

**JUDGMENT**

Pursuant to the Order Granting in Part Petition for Writ of Habeas Corpus and Ordering Release filed August 3, 2026 (ECF No. 9) and the Notice of Compliance filed August 6, 2026 (ECF No. 10), IT IS ADJUDGED that the Petition's Second Claim for Relief is granted, the remaining claims are dismissed as moot, and the action is dismissed without prejudice.

DATED: August 7, 2026

HONORABLE CHRISTINA T. SHAY
UNITED STATES MAGISTRATE JUDGE